Deanna L. Forbush
Nevada Bar No. 6646
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
Phone: (702) 262-6899
Email: dforbush@foxrothschild.com
*Attorneys for Plaintiff Keolis Transit America, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KEOLIS TRANSIT AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>TEAMSTERS UNION, LOCAL 533,<br><br>Defendants. | Case No.: 22-cv-00710-RFB-EJY<br><br>**STIPULATION AND ORDER REQUESTING CONTINUANCE OF HEARING ON PLAINTIFF'S MOTION TO VACATE ARBITRATION AWARD and DEFENDANT'S MOTION TO DISMISS AND CONFIRM ARBITRATION AWARD** |

     Plaintiff, Keolis Transit America ("Plaintiff," or "Keolis"), by and through its counsel, Deanna L. Forbush, Esq. of the law firm Fox Rothschild, LLC and Defendant, Teamsters Union, Local 533 ("Defendant," or "Union") by and through its counsel, Tiffany L. Crain, Esq. of Weinberg, Roger & Rosenfeld, hereby stipulate to continue the hearing on Plaintiff's Motion to Vacate Arbitration Award [Doc. 1] and Defendant's Motion to Dismiss and Cross Motion to Confirm [Doc. 12] currently scheduled for hearing on March 7, 2023 at 9:00 a.m. to March 21, 2023 at 9:00 a.m.

1

143162375.1

This continuance is being sought for good cause and not for delay as counsel for Plaintiff has a calendar conflict due to another matter set for the same date. Accordingly, the Parties seek rescheduling of the date to March 21, 2023, at 9:00 a.m.

Dated this 27th day of February 2023.

Dated this 27th day of February 2023.

**FOX ROTHSCHILD LLP**

**WEINBERG, ROGER & ROSENFELD**

/s/ Deanna Forbush
Deanna L. Forbush, Esq.
Nevada State Bar No. 6646
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Plaintiff, Keolis Transit America, Inc.*

Tiffany L. Crain, Esq.
Nevada State Bar No. 14160
3199 E. Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
*Attorneys for Defendant, Teamsters Union, Local 533*

**IT IS SO ORDERED:**

**IT IS HEREBY ORDERED** that the hearing on the Motion to Vacate Arbitration and the Motion to Dismiss shall be continued to the 21st day of March 2023 at 9:00 a.m..

Dated February 28, 2023

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

143162375.1