1 | Deanna L. Forbush
Nevada Bar No. 6646
2 | **FOX ROTHSCHILD LLP**
3 | 1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
4 | Phone: (702) 262-6899
Email: dforbush@foxrothschild.com
5 | *Attorneys for Plaintiff Keolis Transit America, Inc.*

6

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| KEOLIS TRANSIT AMERICA, INC. | Case No.: 22-cv-00710-RFB-EJY |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION AND** [proposed] **ORDER EXTENDING TIME TO RESPOND TO DEFENDANT TEAMSTERS UNION LOCAL 533'S MOTION FOR ATTORNEYS' FEES AND COSTS** |
| TEAMSTERS UNION, LOCAL 533, | |
| Defendant. | |
| | **(FIRST REQUEST)** |

Keolis Transit America, Inc. ("Plaintiff") and Teamsters Union, Local 533, ("Defendant"), by and through their undersigned counsel, hereby stipulate as follows:

**WHEREAS**, on April 24, 2023, Defendant filed a Notice of Motion and Motion for Attorneys' Fees and Costs ("Motion").

**WHEREAS**, Plaintiff's deadline to Respond to the Motion is May 8, 2023. Due to Plaintiff's counsel's preplanned travel schedule and concomitant unavailability until May 10, 2023, the Parties have agreed that Plaintiff's due date for any response to the Motion will be extended to May 22, 2023.

///
///
///
///
///

1

145031885.1

**NOW THEREFORE, IT IS STIPULATED AND AGREED**, by the Parties hereto, through their undersigned counsel, subject to approval of the Court, as follows:

  1.  Defendant's deadline to Respond to the Motion is extended until May 22, 2023.

DATED: 4/26/23

**FOX ROTHSCHILD LLP**

_____
Deanna L. Forbush, Esq.
Nevada State Bar No. 6646
1980 Festival Plaza Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Plaintiff, Keolis Transit America, Inc.*

DATED 4/26/2023                .

**WEINBERG, ROGER & ROSENFELD**

_____
Tiffany L. Crain, Esq.
Nevada State Bar No. 14160
3199 E. Warm Springs Road, Suite 400
Las Vegas, Nevada 89120
*Attorneys for Defendant, Teamsters Union, Local 533*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**Dated:** April 26, 2023

2

145031885.1